# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATALIE CAREY; J.C., a minor, by and through his Guardian ad Litem, NATALIE CAREY,<br><br>        Plaintiffs,<br><br>    v.<br><br>KEURIG; COSTCO WHOLESALE and DOES 1 to 20 inclusive,,<br><br>        Defendants. | Case No. 2:21-cv-2435-SVW-JEM<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>The Hon. Stephen V. Wilson<br><br>Trial Date:    None |

## ORDER

Having read and considered the Stipulation to Remand to State Court filed by the Parties, and GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. Based on the Parties' stipulation, the above-captioned (Case No. 2:21-cv-2435-SVW-JEM) is hereby remanded to the Superior Court for the State of California, County of Los Angeles, Case No. 20STCV41043.

2. All pending hearings and deadlines are vacated.

**IT IS SO ORDERED.**

DATED: April 16, 2021        _____

                                               Hon. Stephen V. Wilson, U.S. District Judge